# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - FLINT

IN RE:                                         Case No.:  09-35788
PHILIP L BARLOW                                Chapter 7
                                               Hon.  Daniel S. Opperman

                         **Debtor(s).**
_____/


## NOTICE OF DIVIDEND
## LESS THAN $5.00


TO THE CLERK OF THE COURT:

        The attached check in the amount of $2.86 represents the total sum of dividends less than $5.00 in this Estate, and is paid to the U.S. Bankruptcy Court.  The name and address of the parties entitled to these dividends are as follows:


| Creditor Name/Address | Claim No.: | Amount of Dividend |
|---|---|---|
| Auburn Counseling C/O | 6 | $2.86 |
| MMCC #xxx0982 | | |
| 6324 Taylor Dr. | | |
| Flint, MI  48507 | | |
| | **Total** | **$2.86** |


Dated:  8/23/11

                                               /s/ Collene K. Corcoran, Trustee
                                               Collene K. Corcoran, Trustee
                                               PO Box 535
                                               Oxford, MI  48371
                                               (248) 969-9300
                                               ccorcoran@epiqtrustee.com